# UNITED STATES DISTRICT COURT
## for the

Southern District of Georgia

Waycross Division

2008 JUL 21  PM 2: 26

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Franklin Chevelle McNeair | ) Case No:  CR502-00014-001 |
| | ) USM No:  11286-021 |
| Date of Previous Judgment:  March 11, 2003 | ) Roy Edgar Harkleroad |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in
the last judgment issued) of _____100_____ months **is reduced to** _____84 months_____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 25 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 100 to 125 months | Amended Guideline Range: | 84 to 105 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time
of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the
amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "Time
Served" sentence.

Except as provided above, all provisions of the judgment dated  March 11, 2003,  shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  _July 21, 2008_

_[signature]_
Judge's signature

William T. Moore, Jr.

Effective Date:  _____
(if different from order date)

Chief Judge, U. S. District Court
Printed name and title